FILED
May 4, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   Case No. 2:16-mj-00090-CKD
        Plaintiff,        )
v.                        )
                          )   ORDER FOR RELEASE OF
DARRIAN A. LITTLE,        )   PERSON IN CUSTODY
                          )
        Defendant.        )

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release, DARRIAN A. LITTLE, Case No. 2:16-mj-00090-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $50,000.00.

   _X_  Co-Signed Unsecured Appearance Bond

   ___  Secured Appearance Bond

   _X_  (Other) Conditions as stated on the record.

   ___  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  5/4/2016  at  2:20 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge