| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | DARRIAN LITTLE |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-099 JAM |
|---|---|
| Plaintiff, | ) WAIVER OF PERSONAL APPEARANCE; ORDER |
| v. | ) |
| DARRIAN LITTLE | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant , DARRIAN LITTLE, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

Waiver of Appearance -1-

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: August 16, 2016

                          */s/ Darrian Little*
                          DARRIAN LITTLE
                          Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated: August 16, 2016

                          */s/ Matthew C. Bockmon*
                          MATTHEW C. BOCKMON
                          Assistant Federal Defender
                          Attorney for Defendant
                          DARRIAN LITTLE

IT IS SO ORDERED.

Dated: August 16, 2016

                          /s/ John A. Mendez
                          HON. JOHN A. MENDEZ
                          United States District Court Judge