| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | DARRIAN LITTLE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-099 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| v. | ) |
| DARRIAN LITTLE, | ) Date: November 8, 2016 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Ross Naughton, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Darrian Little, stipulate that the status conference scheduled for November 8, 2016, at 9:15 a.m., be vacated and the matter continued to December 6, 2016, at 9:15 a.m., for further status conference.

This continuance is necessary because the government has provided defense counsel with a plea offer. Defense counsel requires additional time to review discovery, investigate the facts of this case, and hold discussions with his client in furtherance of a resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including December 6, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Proposed Order -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 7, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for DARRIAN LITTLE

DATED: November 7, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Ross Naughton*
ROSS NAUGHTON
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 6, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 8, 2016 status conference shall be continued until December 6, 2016, at 9:15 a.m.

DATED: November 7, 2016

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge