HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARRIAN LITTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-099 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| v. | ) |
| DARRIAN LITTLE, | ) Date: January 17, 2017<br>) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Ross Naughton, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Darrian Little, stipulate that the status conference scheduled for January 17, 2017, at 9:15 a.m., be vacated and the matter continued to February 28, 2017, at 9:15 a.m., for further status conference.

This continuance is necessary because defense counsel needs additional time in which to investigative the facts of this case, consider possible defenses, discuss strategy with his client, and to otherwise prepare for trial. In addition, the government has provided defense counsel with a plea offer. Defense counsel requires additional time to review the plea agreement and its guideline implications to Mr. Little, especially in light of his co-defendant's recent sentencing.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 28, 2017; pursuant to 18 U.S.C.

Stipulation and Proposed Order -1-

| | |
|---|---|
| 1 | §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 |
| 2 | based upon continuity of counsel and defense preparation. |
| 3 | Counsel and the defendant also agree that the ends of justice served by the Court granting |
| 4 | this continuance outweigh the best interests of the public and the defendant in a speedy trial. |

DATED: January 12, 2017

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for DARRIAN LITTLE

DATED: January 12, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Ross Naughton*
ROSS NAUGHTON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 28, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 17, 2017 status conference shall be continued until February 28, 2017, at 9:15 a.m.

DATED: January 12, 2017

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge