HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
DARRIAN LITTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DARRIAN LITTLE,<br><br>　　　　　Defendant. | Case No. 2:16-cr-099 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: July 25, 2017<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Ross Naughton, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Darrian Little, stipulate that the status conference scheduled for July 25, 2017, at 9:15 a.m., be vacated and the matter continued to August 29, 2017, at 9:15 a.m., for further status conference.

　　　Counsel for Defendant Darrian Little had an unexpected medical surgery on May 5, 2017.  Counsel for Mr. Little has been on extended medical leave and his expected to return August 7, 2017. Therefore, additional time is required to review discovery, investigate the facts of this case, and hold discussions with his client in furtherance of a resolution.

　　　Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 29, 2017;  pursuant to 18 U.S.C.

Stipulation and Proposed Order　　　　　　　　-1-

§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: July 19, 2017

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison for*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for DARRIAN LITTLE

DATED: July 19, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Ross Naughton*
ROSS NAUGHTON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 29, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 25, 2017 status conference shall be continued until August 29, 2017, at 9:15 a.m.

DATED:  July 19, 2017

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge